Wallace v. Bevard.

---

### WALLACE v. BEVARD.

Chancery—issue to a jury—non compos—order for issue—opinion of witnesses.

The trial of questions of sanity depend on the opinion of witnesses, and it is necessary to see the witnesses to judge of their skill and judgment in forming such opinions.

Chancery will direct an issue to a jury to try questions of sanity, where the evidence is voluminous, and allow the parties to compel the personal attendance of the witnesses.

In CHANCERY. Bill for a specific performance of a contract. Plea—that at the execution of the contract the respondent was non compos.

BY THE COURT. This case involves a question of fact of great delicacy and difficulty. The testimony is voluminous and contradictory. We feel indisposed to try such a question, and the more so, as in such inquiries, depending on matters of opinion, it is important to *see* the witnesses, in order to form a judgment of their competency and skill, to form an accurate opinion upon the question of sanity. An issue must be made up, and sent to a jury.

*Ordered,* That an issue be made up to try the fact of the insanity of the defendant, at the time of the execution of the instrument, in which issue the respondent shall hold the affirmative, that he was then *non compos,* and the complainant the negative; and on the trial before the jury, the parties shall have the right to compel the personal attendance of the witnesses, or at their option, to use the depositions on file.

118